**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and DONNA CARNAZZO,** | : : : | **CIVIL ACTION NO. 1:03-CV-1722** |
| | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| v. | : | |
| **GINO MORENA ENTERPRISES, L.L.P.,** | : : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 8th day of August, 2005, upon consideration of plaintiff's motion (Doc. 47) to withdraw its pending motion for reconsideration (Doc. 46), it is hereby ORDERED that:

1. The motion to withdraw (Doc. 47) is GRANTED.

2. The motion for reconsideration (Doc. 46) is deemed WITHDRAWN.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge